attached to and made part of the decision, which values were included in the value of the screws and hinges, as invoiced and appraised.

**No. 60645.**—J. T. Steeb & Co., Inc. *v.* United States, protest 291210–K (Seattle).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was therefore overruled.

**No. 60646.**—E. B. I. Sweaters *v.* United States, protest 277338–K (New York).

Opinion by FORD, J. The protest was dismissed for lack of prosecution.

BEFORE THE THIRD DIVISION, APRIL 12, 1957

**No. 60647.**—Worcester Royal Porcelain Co., Inc. *v.* United States, protests 286262–K and 299228–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 60648.**—The Worcester Royal Porcelain Co., Inc. *v.* United States, protests 305950–K and 305951–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

APRIL 11, 1957

**No. 60649.**—The Borregaard Co., Inc., and F. L. Kraemer Co. *v.* United States, protest 261592–K.—Protest abandoned March 26, 1957. (Not published.) (Initial No. 245961–K.) Plaintiffs' application for rehearing granted.

APRIL 10, 1957

**No. 60650.**—SUIT 4867.—T. M. Duche & Sons, Inc., et al. *v.* United States.— D. 1739 reversed February 8, 1957. C. A. D. 638.